478 A.2d 447

**COMMONWEALTH**

v.

**Samuel ROSS, Petitioner.**

Supreme Court of Pennsylvania.

March 26, 1984.

Petition Denied June 29, 1984.

Petition dismissed without prejudice to Petitioner's rights under the Post-Conviction Hearing Act.